## *James Moyes and Thomas Tatem *against* Rocque Brumax.

Where a partnership is sworn to by a clerk of one of the partners, the books may be given in evidence to fortify or discredit his testimony.

INDEBITATUS assumpsit for sales of sundry ship chandlery furnished to two brigs. The only contest was, whether the defendant was the partner of John Swanwick, (who had not been served with the summons in the cause, and was since dead,) when the different articles were delivered.

To prove this partnership, the plaintiffs examined one John Lassal, an out of doors clerk of Swanwick, but who had not made the entries in the books. Whereupon the defendant's counsel called for the books of Swanwick, agreeably to previous notice given, in order to invalidate his testimony.

This was objected to by the plaintiffs, who contended, that no entries made by Swanwick or his order, should be received in evidence, to defeat their demand against the partnership.

The court ruled, that the books might be shewn to the jury, either to fortify or discredit the testimony of the witness, but for no other purpose.

Mr. M. Levy, for the plaintiffs.

Messrs. Ingersoll and Rawle, for the defendant.

Verdict *pro quer.* for $442 37 cts. damages.